Louis H. Pink, Superintendent of Insurance of the State of New York, as Liquidator of the Concord Casualty and Surety Company, Appellant, v. Jacob S. Meyer, Respondent.— Plaintiff in this action seeks to recover from defendant the sum of $10,950. It is plaintiff's claim that defendant received moneys equal to that sum from the Concord Casualty and Surety Company in the form of improperly issued corporate checks and without furnishing any consideration therefor. The defendant contends that the checks received by him were in repayment of a loan made by him to Harold R. Cronin, president of the Concord Casualty and Surety Company, and that he had neither actual nor constructive notice that the checks accepted by him were improperly issued. The court directed judgment in favor of defendant after trial at Trial Term without a jury. Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ. [159 Misc. 540.]

The National City Bank of New York, Respondent, v. Hirsch Cahn, Defendant, Impleaded with Jacob Cahn, Individually and as Copartners, etc., Appellant.— Order granting plaintiff's motion to strike out the affirmative defense in the answer of defendant-appellant as insufficient in law unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant-appellant to serve an amended answer within ten days after service of order with notice of entry, upon payment of said costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.

Mary Macfadden, Respondent, v. Bernarr Macfadden, Appellant, Impleaded with Others.— Order denying motion of defendant-appellant for judgment on the pleadings dismissing the amended complaint unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.

New York Title and Mortgage Company, in Rehabilitation, by George S. Van Schaick, Superintendent of Insurance, Respondent, v. Irving Trust Company, Appellant.— Order denying defendant's motion to strike out the first separate defense, the second separate, partial defense and the third separate, partial defense, set forth in the reply to the counterclaim contained in the answer, as insufficient in law, unanimously modified by striking out the second separate, partial defense, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.

Mary Nelepka and Paul Nelepka, Appellants, v. "John" Maybaum, First Name Being Fictitious, Real Name Unknown to Plaintiffs, Respondent.— Action for personal injuries sustained by plaintiff Mary Nelepka, caused by a mirror falling on her in the apartment of defendant where she was employed as a servant, and by plaintiff Paul Nelepka for loss of services. At the close of the case the court granted defendant's motion to dismiss the complaint. Judgment for defendant unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.